

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

NOTICE

Appellate case name:     Richard Paul Smith v. The State of Texas

Appellate case number:   01-14-00363-CR

Trial court case number: 1388225

Trial court:             185th District Court of Harris County

       The clerk's record filed in this appeal on June 16, 2014 does not include a certification of the defendant's right of appeal. In connection with this appeal, we ask that you prepare and certify a supplemental clerk's record containing the certification of defendant's right to appeal, and file the supplemental clerk's record with this court within 10 days of the date of this notice.

       Thank you for your consideration in this matter. Please let us know if we can assist you in completing this record.

Clerk's signature: _____

Date: February 6, 2015